IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TRONTECH LICENSING INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>VTECH COMMUNICATIONS, INC. and VTECH TELECOMMUNICATION, LTD.<br><br>Defendants. | Civil Action No. 6:06-CV-205 (LED)<br><br>Jury Trial Demanded |

## ORDER GRANTING JOINT MOTION TO DISMISS

The Court has considered the Joint Motion to Dismiss and is of the opinion that the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED, that all claims and counterclaims in this cause are dismissed without prejudice to the rights of the parties to refile same.

All costs and expenses are to be taxed against the party incurring same.

**So ORDERED and SIGNED this 5th day of March, 2007.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**